EXHIBIT A (SUMMONS AND COMPLAINT FOR UNLAWFUL DETAINER)

COPY

FILED
CIVIL BUSINESS OFFICE 2
CENTRAL DIVISION

2015 APR 16 AM 11:33

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

McCarthy & Holthus, LLP
Matthew E. Podmenik, Esq. SBN 219364
Rebecca L. Lang, Esq. SBN 249234
Douglas A. Toleno, Esq. SBN 250472
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 243-3960
Fax (619) 785-3258
Attorney for: Plaintiff,
Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee, its assignees and/or successors

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

SAN DIEGO CENTRAL COURTHOUSE JUDICIAL DISTRICT

"VIA FAX"

| | |
|---|---|
| Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee, its assignees and/or successors<br><br>Plaintiff,<br><br>v.<br><br>Dolores L. Wallen, Lisandra Blodgett, William Settle, James Burgin, Sarah Stanzyck and DOES 1-10, inclusive<br><br>Defendant(s) | Case No. 37-2015-00011323 CL-UD-CTL<br><br>APPLICATION FOR ORDER AUTHORIZING SERVICE OF SUMMONS, COMPLAINT AND PREJUDGMENT CLAIM OF RIGHT TO POSSESSION BY POSTING AND MAILING<br><br>CCP 415.45<br><br>Limited Civil Case<br><br>SUPPORTING DECLARATION BY RAYMOND HOWELL, PROCESS SERVER; POINTS AND AUTHORITIES |

Application is hereby made for an order directing that the summons, complaint, and prejudgment claim of right to possession in this action be served on defendant(s), Dolores L. Wallen, Lisandra Blodgett, William Settle, James Burgin, Sarah Stanzyck hereinafter referred to as "defendant(s)" by posting the summons, complaint, and prejudgment claim of right to possession on the premises and thereafter mailing by certified mail to Dolores L. Wallen, Lisandra Blodgett, William Settle, James Burgin, Sarah Stanzyck at 1738 Tremaine Way, San Diego, CA 92154, his/her/their last known address, because defendant(s) is/are evading service of said summons. In support of this application the undersigned states:

1.) The complaint for unlawful detainer was filed on 04/03/2015 and the summons was issued on 04/03/2015;

2.) A cause of action for unlawful detainer exists in favor of plaintiff against defendant(s), for the premises located at 1738 Tremaine Way, San Diego, CA 92154 based upon the Trustee's Deed Upon Sale which vested title into plaintiff following a non judicial foreclosure sale of the property. Plaintiff is informed and believes that the Defendants remain in possession of the Property after having been served with a Notice to Surrender Possession, which expired prior to Plaintiff filing the Summons and Complaint.

3.) The undersigned has attempted to determine any other method of service upon defendant by inquiry of neighbors, review of public records and discussions with property management officials. No other method or manner of service appears to be available to plaintiff. The business address of defendants, if any exists, is unknown to Plaintiff.

4.) As shown by the declaration of Raymond Howell, registered process server which is attached hereto as Exhibit A and made a part hereof, attempts to serve defendant or person of suitable age with process in this action were made by the process server at the places, on the dates and at the times indicated, and were unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 16, 2015 at San Diego, California.

☒ Matthew E. Podmenik, Esq.
☐ Rebecca L. Lang, Esq.
☐ Douglas A. Toleno, Esq.
Attorney for Plaintiff,
Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>Matthew E. Podmenik, Esq. SBN: 219364<br>MCCARTHY HOLTHUS-UD-SD<br>1770 Fourth Avenue San Diego, CA 92101<br>TELEPHONE NO.: (619) 685-4800 FAX NO.: (619) 685-4811<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY<br>CIVIL BUSINESS OFFICE 2<br>CENTRAL DIVISION<br>2015 APR 13 PM 4:43<br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |
| SAN DIEGO/SAN DIEGO SUPERIOR COURT<br>STREET ADDRESS: 330 WEST BROADWAY<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101 | REFERENCE NUMBER:<br>CA-14-109077 |
| PLAINTIFF: Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee<br>DEFENDANT: Wallen | |
| DECLARATION OF DILIGENCE | CASE NUMBER:<br>37-2015-00011323-CL-UD-CTL |

I received the within assignment for filing and/or service on April 03, 2015 and that after due and diligent effort I have not been able to serve said person.I attempted service on this servee on the following dates and times:

Servee: Dolores L. Wallen

Documents: Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); Statement of Location; Prejudgment Claim of Right to Possession; Notice of Eligibility to Efile and Assignment to Imaging Department;

Address: 1738 Tremaine Way
San Diego, CA 92154

As enumerated below:

4/8/2015 -- 7:45 AM — 1738 Tremaine Way
Home — San Diego, CA 92154
No answer. Dog in the yard. A BMW license plate 5GEW110 is on the driveway.

4/10/2015 -- 9:10 PM — 1738 Tremaine Way
Home — San Diego, CA 92154
No answer. The same car is on the driveway.

4/11/2015 -- 3:10 PM — 1738 Tremaine Way
Home — San Diego, CA 92154
No answer and no changes.

4/13/2015 -- 12:05 PM — 1738 Tremaine Way
Home — San Diego, CA 92154
Per a female behind a security screen the subject does not live here. She stated the only resident is a handicapped person and cannot come to the door.

County: San Diego
Registration No.: 932
Nationwide Legal, LLC
200 West Santa Ana Blvd., Suite 300
Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on 4/13/2015.

Raymond Howell
Registered Process Server
San Diego County #932

Signature: ______________________
Raymond Howell

DECLARATION OF DILIGENCE

Order#: UD31576A/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Matthew E. Podmenik, Esq. SBN: 219364<br>MCCARTHY HOLTHUS-UD-SD<br>1770 Fourth Avenue San Diego, CA 92101<br>TELEPHONE NO.: (619) 685-4800 FAX NO.: (619) 685-4811<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | CIVIL BUSINESS OFFICE 2<br>CENTRAL DIVISION<br>2015 APR 16 AM 11:33<br>APR 16 '15 AM10:43<br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |
| SAN DIEGO/SAN DIEGO SUPERIOR COURT<br>STREET ADDRESS: 330 WEST BROADWAY<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101 | REFERENCE NUMBER:<br>CA-14-109077 |
| PLAINTIFF: Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee<br>DEFENDANT: Wallen | |
| DECLARATION OF DILIGENCE | CASE NUMBER:<br>37-2015-00011323-CL-UD-CTL |

I received the within assignment for filing and/or service on April 03, 2015 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee: Lisandra Blodgett

Documents: Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); Statement of Location; Prejudgment Claim of Right to Possession; Notice of Eligibility to Efile and Assignment to Imaging Department;

Address: 1738 Tremaine Way
San Diego, CA 92154

As enumerated below:

4/9/2015 – 7:45 AM 1738 Tremaine Way
Home San Diego, CA 92154
No answer. Dog in the yard. A BMW license plate 5GEW110 is on the driveway.

4/10/2015 – 9:10 PM 1738 Tremaine Way
Home San Diego, CA 92154
No answer. The same car is on the driveway.

4/11/2015 – 3:10 PM 1738 Tremaine Way
Home San Diego, CA 92154
No answer and no changes.

4/13/2015 – 12:05 PM 1738 Tremaine Way
Home San Diego, CA 92154
Per a female behind a security screen the subject does not live here. She stated the only resident is a handicapped person and cannot come to the door.

County: San Diego
Registration No.: 932
Nationwide Legal, LLC
200 West Santa Ana Blvd., Suite 300
Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on 4/13/2015.

Raymond Howell
Registered Process Server
San Diego County #932

Signature: ____________
Raymond Howell

DECLARATION OF DILIGENCE

Order#: UD315768/DilFormat.mdl

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>Matthew E. Podmenik, Esq. SBN: 219364<br>MCCARTHY HOLTHUS-UD-SD<br>1770 Fourth Avenue San Diego, CA 92101<br>TELEPHONE NO.: (619) 685-4800 FAX NO.: (619) 685-4811<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY<br>FILED<br>CIVIL BUSINESS OFFICE 2<br>CENTRAL DIVISION<br>2015 APR 16 AM 11: 33<br>APR 16 '15 AM10:43<br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |
| SAN DIEGO/SAN DIEGO SUPERIOR COURT<br>STREET ADDRESS: 330 WEST BROADWAY<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101 | REFERENCE NUMBER:<br>CA-14-109077 |
| PLAINTIFF: Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee<br>DEFENDANT: Walten | |
| DECLARATION OF DILIGENCE | CASE NUMBER:<br>37-2015-00011323-CL-UD-CTL |

I received the within assignment for filing and/or service on April 03, 2015 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

**Servee:** William Settle

**Documents:** Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); Statement of Location; Prejudgment Claim of Right to Possession; Notice of Eligibility to Efile and Assignment to Imaging Department;

**Address:** 1738 Tremaine Way
San Diego, CA 92154

As enumerated below:

4/9/2015 -- 7:45 AM 1738 Tremaine Way
Home San Diego, CA 92154
No answer. Dog in the yard. A BMW license plate 5GEW110 is on the driveway.

4/10/2015 -- 9:10 PM 1738 Tremaine Way
Home San Diego, CA 92154
No answer. The same car is on the driveway.

4/11/2015 -- 3:10 PM 1738 Tremaine Way
Home San Diego, CA 92154
No answer and no changes.

4/13/2015 -- 12:05 PM 1738 Tremaine Way
Home San Diego, CA 92154
Per a female behind a security screen the subject does not live here. She stated the only resident is a handicapped person and cannot come to the door.

County: San Diego
Registration No.: 932
Nationwide Legal, LLC
200 West Santa Ana Blvd., Suite 300
Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on 4/13/2015.

Raymond Howell
Registered Process Server
San Diego County #932

Signature: [signature]
Raymond Howell

DECLARATION OF DILIGENCE

Order#: UD31576C/DilFormat.mdl

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)
Matthew E. Podmenik, Esq. SBN: 219364
MCCARTHY HOLTHUS-UD-SD
1770 Fourth Avenue San Diego, CA 92101
TELEPHONE NO.: (619) 685-4800 FAX NO.: (619) 685-4811
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff

FOR COURT USE ONLY

CIVIL BUSINESS OFFICE 2
CENTRAL DIVISION
2015 APR 15 AM 11:33
APR 15 '15 AM 10:43
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

SAN DIEGO/SAN DIEGO SUPERIOR COURT
STREET ADDRESS: 330 WEST BROADWAY
CITY AND ZIP CODE: SAN DIEGO, CA 92101

REFERENCE NUMBER: CA-14-109077

PLAINTIFF: Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee
DEFENDANT: Walton

CASE NUMBER: 37-2015-00011323-CL-UD-CTL

## DECLARATION OF DILIGENCE

I received the within assignment for filing and/or service on April 03, 2015 and that after due and diligent effort I have not been able to serve said person.I attempted service on this servee on the following dates and times:

**Servee:** James Burgin

**Documents:** Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); Statement of Location; Prejudgment Claim of Right to Possession; Notice of Eligibility to Efile and Assignment to Imaging Department;

**Address:** 1738 Tremaine Way
San Diego, CA 92154

As enumerated below:

4/9/2015 -- 7:45 AM — 1738 Tremaine Way
Home — San Diego, CA 92154
No answer. Dog in the yard. A BMW license plate 5GEW110 is on the driveway.

4/10/2015 -- 9:10 PM — 1738 Tremaine Way
Home — San Diego, CA 92154
No answer. The same car is on the driveway.

4/11/2015 -- 3:10 PM — 1738 Tremaine Way
Home — San Diego, CA 92154
No answer and no changes.

4/13/2015 -- 12:05 PM — 1738 Tremaine Way
Home — San Diego, CA 92154
Per a female behind a security screen the subject does not live here. She stated the only resident is a handicapped person and cannot come to the door.

County: San Diego
Registration No.: 932
Nationwide Legal, LLC
200 West Santa Ana Blvd., Suite 300
Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on 4/13/2015.

Raymond Howell
Registered Process Server
San Diego County #932

Signature
Raymond Howell

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Matthew E. Podmenik, Esq. SBN: 219364<br>MCCARTHY HOLTHUS-UD-SD<br>1770 Fourth Avenue San Diego, CA 92101<br>TELEPHONE NO.: (619) 685-4800 FAX NO.: (619) 685-4811<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | FILED<br>CIVIL BUSINESS OFFICE 2<br>CENTRAL DIVISION<br>2015 APR 16 AM 11:33<br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |
| SAN DIEGO/SAN DIEGO SUPERIOR COURT<br>STREET ADDRESS: 330 WEST BROADWAY<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101 | REFERENCE NUMBER:<br>CA-14-109077 |
| PLAINTIFF: Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee<br>DEFENDANT: Wallen | |
| DECLARATION OF DILIGENCE | CASE NUMBER:<br>37-2015-00011323-CL-UD-CTL |

I received the within assignment for filing and/or service on April 03, 2015 and that after due and diligent effort I have not been able to serve said person.I attempted service on this servee on the following dates and times:

Servee: Sarah Stanzyck

Documents: Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); Statement of Location; Prejudgment Claim of Right to Possession; Notice of Eligibility to Efile and Assignment to Imaging Department;

Address: 1738 Tremaine Way
San Diego, CA 92154

As enumerated below:

4/9/2015 -- 7:45 AM — 1738 Tremaine Way
Home — San Diego, CA 92154
No answer. Dog in the yard. A BMW license plate 5GEW110 is on the driveway.

4/10/2015 -- 9:10 PM — 1738 Tremaine Way
Home — San Diego, CA 92154
No answer. The same car is on the driveway.

4/11/2015 -- 3:10 PM — 1738 Tremaine Way
Home — San Diego, CA 92154
No answer and no changes.

4/13/2015 -- 12:05 PM — 1738 Tremaine Way
Home — San Diego, CA 92154
Per a female behind a security screen the subject does not live here. She stated the only resident is a handicapped person and cannot come to the door.

County: San Diego
Registration No.: 932
Nationwide Legal, LLC
200 West Santa Ana Blvd., Suite 300
Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on 4/13/2015.

Raymond Howell
Registered Process Server
San Diego County #932

Signature: ______________
Raymond Howell

**DECLARATION OF DILIGENCE**

Order#: UD31576E/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Matthew E. Podmenik, Esq. SBN: 219364<br>MCCARTHY HOLTHUS-UD-SD<br>1770 Fourth Avenue San Diego, CA 92101<br>TELEPHONE NO.: (619) 685-4800 FAX NO.: (619) 685-4811<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY<br>CIVIL BUSINESS OFFICE 2<br>CENTRAL DIVISION<br>2015 APR 16 AM 11:33<br>APR 16 '15 AM10:43<br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |
|---|---|
| SAN DIEGO/SAN DIEGO SUPERIOR COURT<br>STREET ADDRESS: 330 WEST BROADWAY<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101 | REFERENCE NUMBER<br>CA-14-109077 |
| PLAINTIFF: Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee<br>DEFENDANT: Wallen | |
| DECLARATION OF DILIGENCE | CASE NUMBER<br>37-2015-00011323-CL-UD-CTL |

I received the within assignment for filing and/or service on April 03, 2015 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee: All Unknown Occupants c/o Dolores L. Wallen

Documents: Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); Statement of Location; Prejudgment Claim of Right to Possession; Notice of Eligibility to Efile and Assignment to Imaging Department;

Address: 1738 Tremaine Way
San Diego, CA 92154

As enumerated below:

4/9/2015 -- 7:45 AM 1738 Tremaine Way
Home San Diego, CA 92154
No answer. Dog in the yard. A BMW license plate 5GEW110 is on the driveway.

4/10/2015 -- 9:10 PM 1738 Tremaine Way
Home San Diego, CA 92154
No answer. The same car is on the driveway.

4/11/2015 -- 3:10 PM 1738 Tremaine Way
Home San Diego, CA 92154
No answer and no changes.

4/13/2015 -- 12:05 PM 1738 Tremaine Way
Home San Diego, CA 92154
Per a female behind a security screen the subject does not live here. She stated the only resident is a handicapped person and cannot come to the door.

County: San Diego
Registration No.: 932
Nationwide Legal, LLC
200 West Santa Ana Blvd., Suite 300
Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on 4/13/2015.

Raymond Howell
Registered Process Server
San Diego County #932

Signature: [signature]
Raymond Howell

DECLARATION OF DILIGENCE

Order#: UD31576F/DilFormat.mdl

F I L E D
Clerk of the Superior Court
APR 17 2015
By ______________ Deputy

COPY

APR 16 '15 AM10:43

McCarthy & Holthus, LLP
Matthew E. Podmenik, Esq. SBN 219364
Rebecca L. Lang, Esq. SBN 249234
Douglas A. Toleno, Esq. SBN 250472
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 243-3960
Fax (619) 785-3258

Attorney for: Plaintiff,
Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee, its assignees and/or successors

SUPERIOR COURT OF THE STATE OF CALIFORNIA,

COUNTY OF SAN DIEGO

SAN DIEGO CENTRAL COURTHOUSE JUDICIAL DISTRICT

Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee, its assignees and/or successors

Plaintiff,

vs.

Dolores L. Wallen, Lisandra Blodgett, William Settle, James Burgin, Sarah Stanzyck and DOES 1- 10, inclusive

Defendant(s)

Case No. 37-2015-00011323-CL-UD-CTL

<u>ORDER ON APPLICATION FOR SERVICE OF SUMMONS, COMPLAINT AND PREJUDGMENT CLAIM OF RIGHT TO POSSESSION BY POSTING AND MAILING IN UNLAWFUL DETAINER MATTER UNDER CCP 415.45</u>

Limited Civil Case

Trial Date: None Set

Application having been made by Plaintiff, Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee, and good cause appearing therefore,

**IT IS ORDERED** that the summons, complaint and prejudgment claim of right to possession in the within matter be served upon Defendant(s), Dolores L. Wallen, Lisandra Blodgett, William Settle, James Burgin, Sarah Stanzyck by posting the Summons, complaint and prejudgment claim of right to possession on the premises located at 1738 Tremaine Way, San Diego, CA 92154, and thereafter mailing copies by certified mail to Defendant(s), Dolores L.

Wallen, Lisandra Blodgett, William Settle, James Burgin, Sarah Stanzyck, at 1738 Tremaine Way San Diego, CA 92154, his/her/their last known address.

Service of the Summons, complaint and prejudgment claim of right to possession shall be deemed complete on the tenth (10th) day after posting and mailing.

Date: APR 17 2015

GREGORY W. POLLACK

Judge of the Superior Court

COPY

SUM-130

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

CIVIL BUSINESS OFFICE 2
CENTRAL DIVISION

2015 APR -3 AM 11:32

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

# SUMMONS
## (CITACION JUDICIAL)
## UNLAWFUL DETAINER-EVICTION
## (RETENCIÓN ILÍCITA DE UN INMUEBLE- DESALOJO)

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
Dolores L. Wallen, Lisandra Blodgett, William Settle, James Burgin, Sarah Stanzyck and DOES 1-10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee, its assignees and/or successors

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, SAN DIEGO COUNTY,
SAN DIEGO CENTRAL COURTHOUSE JUDICIAL DISTRICT
330 W. Broadway, San Diego, CA 92101

CASE NUMBER:
*(Número del Caso):*
37-2015-00011323-CL-UD-CTL

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Matthew E. Podmenik, Esq. SBN 219364 Rebecca L. Lang, Esq. SBN 249234
Douglas A. Toleno, Esq. SBN 250472
CA-14-109077
McCarthy & Holthus, LLP 1770 Fourth Avenue, San Diego, CA 92101 (619) 243-3960 Fax (619) 785-3258

3. *(Must be answered in all cases)* **An unlawful detainer assistant (Bus. & Prof. Code §§ 6400-6415)** ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page):*

DATE: *(Fecha)* APR 06 2015 Clerk, by *(Secretario)* J. Walters Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).*

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☒ as an individual defendant.
   b. ☒ as the person sued under the fictitious name (specify):
   c. ☐ as an occupant
   d. ☐ on behalf of *(specify)*:
   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ CCP 415.46 (occupant) ☐ other (specify):
5. ☒ by personal delivery on (date): 4-21-15

SUM-130

| | | |
|---|---|---|
| PLAINTIFF: | Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee | CASE NUMBER: |
| DEFENDANT: | Dolores L. Wallen, Lisandra Blodgett, William Settle, James Burgin, Sarah Stanzyck and DOES 1-10, inclusive | |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant)*:

a. Assistant's name:

b. Telephone no.: here is a test function

c. Street address, city, and ZIP

d. County of registration

e. Registration no.:

f. Registration expires on *(date)*:

**NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.**

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address)*: TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|
| ATTORNEY FOR (NAME): | |
| NAME OF COURT: San Diego Central Courthouse Court of California<br>STREET ADDRESS: 330 W. Broadway<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: | |
| PLAINTIFF:<br>DEFENDANT: | |
| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER:<br>37-2015-00011323-CL-UD-CTL |

| Complete this form only if ALL of these statements are true: | *(To be completed by the process server)* |
|---|---|
| 1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.<br>3. You still occupy the premises. | DATE OF SERVICE: APR 21 2015<br>*(Date that this form is served or delivered, and posted, and mailed by the officer or process server)* |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*:
2. I reside at *(street address, unit No., city and ZIP code)*:

3. The address of "the premises" subject to this claim is *(address)*:

4. On *(insert date)*: 4-3-15, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.)*
5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.
6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.
7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.
8. I was not named in the Summons and Complaint.
9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.
10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

COPY

| PLAINTIFF:<br>DEFENDANT: | CASE NUMBER: |
|---|---|

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

WARNING: Perjury is a felony punishable by imprisonment in the state prison.

Date:

⇨

(TYPE OR PRINT NAME) (SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

**– NOTICE TO OCCUPANTS –**

**YOU MUST ACT AT ONCE if all the following are true:**

1. **You are NOT named in the accompanying Summons and Complaint.**
2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.** *(The date is the court filing date on the accompanying Summons and Complaint.)*
3. **You still occupy the premises.**

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*


Electronic Form Copyright Fresno LaserGraphics Inc

# Superior Court of California
# County of San Diego

# NOTICE OF ELIGIBILITY TO eFILE AND ASSIGNMENT TO IMAGING DEPARTMENT

**This case is eligible for eFiling. Should you prefer to electronically file documents, refer to General Order 051414 at www.sdcourt.ca.gov for rules and procedures or contact the Court's eFiling vendor at www.onelegal.com for information.**

**This case has been assigned to an Imaging Department and original documents attached to pleadings filed with the court will be imaged and destroyed. Original documents should not be filed with pleadings. If necessary, they should be lodged with the court under California Rules of Court, rule 3.1302(b).**

On August 1, 2011 the San Diego Superior Court began the Electronic Filing and Imaging Pilot Program ("Program"). As of August 1, 2011 in all new cases assigned to an Imaging Department all filings will be imaged electronically and the electronic version of the document will be the official court file. The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and on the Internet through the court's website.

You should be aware that the electronic copy of the filed document(s) will be the official court record pursuant to Government Code section 68150. The paper filing will be imaged and held for 30 days. After that time it will be destroyed and recycled. **Thus, you should not attach any original documents to pleadings filed with the San Diego Superior Court. Original documents filed with the court will be imaged and destroyed except those documents specified in California Rules of Court, rule 3.1806.** Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant or petitioner to serve a copy of this notice with the complaint, cross-complaint or petition on all parties in the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words "**IMAGED FILE**" in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.

## Please refer to the General Order - Imaging located on the San Diego Superior Court website at:

http://www.sdcourt.ca.gov/CivilImagingGeneralOrder

CIVIL BUSINESS OFFICE 2 CM-010
CENTRAL DIVISION
FOR COURT USE ONLY

2015 APR -3 AM 11:32

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

By Fax

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address):
McCarthy & Holthus LLP
Matthew E. Podmenik, Esq. SBN 219364 Rebecca L. Lang, Esq. SBN 249234
Douglas A. Toleno, Esq. SBN 250472
1770 Fourth Avenue
San Diego, CA 92101 CA-14-109077
TELEPHONE NO.: (619) 243-3960 FAX NO.: (619) 785-3258

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO, SAN DIEGO CENTRAL COURTHOUSE JUDICIAL DISTRICT

CASE NAME:
Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee v. Dolores L. Wallen, Lisandra Blodgett, William Settle, James Burgin, Sarah Stanzyck

| CIVIL CASE COVERSHEET | | Complex Case Designation | CASE NUMBER: 37-2015-00011323-CL-UD-CTL |
|---|---|---|---|
| ☐ Unlimited (Amount demanded exceeds $25,000) | ☒ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT.: |

*Items 1-5 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured Motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☒ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities Litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

COPY

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states or countries, or in a federal court
   f. ☐ Substantial post-judgment judicial supervision
3. Type of remedies sought *(check all that apply)*: a. ☐ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of courses of action *(specify)*: *1 (One)*
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 4/3/2015
☒ Matthew E. Podmenik
☐ Rebecca L. Lang, Esq.
☐ Douglas A. Toleno, Esq.
(TYPE OR PRINT NAME) ▶ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under the rule 3.400 et seq. Of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to this action or proceeding.
- Unless this is a collections case under 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/Wrongful Death
- Product Liability (*not asbestos or toxic/environmental*) (24)
- Medical Malpractice (45)
  - Medical Malpractice–Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*) (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice (*not medical or legal*)
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract (*not unlawful detainer or wrongful eviction*)
  - Contract/Warranty Breach–Seller Plaintiff (*not fraud or negligence*)
  - Negligent Breach of Contract/Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage (*not provisionally complex*) (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims (*arising from provisionally complex case type listed above*) (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment (*non-domestic relations*)
  - Sister State Judgment
  - Administrative Agency Award (*not unpaid taxes*)
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint (*not specified above*) (42)
  - Declaratory Relief Only
  - Injunctive Relief Only (*non-harassment*)
  - Mechanics Lien
  - Other Commercial Complaint Case (*non-tort/non-complex*)
  - Other Civil Complaint (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition (*not specified above*) (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

COPY

CIVIL BUSINESS OFFICE 2
CENTRAL DIVISION

SAN DIEGO COUNTY, SAN DIEGO CENTRAL COURTHOUSE DISTRICT

# STATEMENT OF LOCATION

| PLAINTIFF: | DEFENDANT: | CASE NUMBER: |
|---|---|---|
| Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee | Dolores L. Wallen, Lisandra Blodgett, William Settle, James Burgin, Sarah Stanzyck | 2015 APR -3 AM 11:33 CLERK-SUPERIOR COURT SAN DIEGO COUNTY, CA |

By Fax

INSTRUCTIONS

1. Check ONE of the following statements to indicate the basis for filling the case in this judicial district, and filling the address below. **Except for cases arising from accidents occurring on a freeway, you must provide the exact street address, including city and ZIP code.**

2. There are 24 separate, independent municipal court judicial districts in Los Angeles County. Except in San Diego County, no city can lie on more than one judicial district. (Cal. Const., art. VI, §5.) **WARNING: Many residences and businesses have mailing addresses for one city but actually lie in another city or in unincorporated territory, which may lie in another judicial district. Do not rely on mailing addresses; always check a street guide or map.**

3. After completion, attach this form to the back of your complaint.

| EXACT STREET ADDRESS: | CITY: | ZIP CODE: |
|---|---|---|
| 1738 Tremaine Way | San Diego | 92154 |

☐ 1. The cause of action arose in this judicial district. The address of the cause of action is stated above.

☒ 2. The property that is the subject of this action is located in this judicial district. The address of the property is stated above.

☐ 3. The tort occurred in this judicial district. The address where the tort occurred is stated above.

☐ 4. The contract was entered into in this judicial district; or a defendant resided in this judicial district when the contract was entered into; or the contract or obligation was to be performed in this judicial district; or, if the defendant is a corporation, the contract was breached on this judicial district. The address where the contact was entered into, where the defendant resided when the contract was entered into, where the contract or obligation was to be performed, or where the contract was breached is stated above.

☐ 5. A defendant resides in this judicial district, or a defendant corporation or unincorporated association has its principal place of business in this judicial district. The address of the residence or principal place of business of the defendant is stated above.

☐ 6. ~~The cause of action is on a retail installment account or contract subject to Civil Code section 1812.10, and the~~ goods purchased pursuant to that account or contract are affixed to real property (so as to become part of the real property) that is located on this judicial district. The address of the real property is stated above.

☐ 7. The cause of action is on a vehicle finance sale subject to Civil Code section 2984.4, and the vehicle is permanently garaged on this judicial district. The address where the vehicle is garaged is stated above.

☐ 8. The defendant is a city or local agency located on this judicial district.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

| DATE: | TYPE OR PRINT NAME OF PARTY OR ATTORNEY: | SIGNATURE OF PARTY OR ATTORNEY: |
|---|---|---|
| 4/3/2015 | Matthew E. Podmenik, Esq. | [signature] |

FILED
CIVIL BUSINESS OFFICE 2
CENTRAL DIVISION

2015 APR -3 AM 11:33

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

McCarthy & Holthus, LLP
Matthew E. Podmenik, Esq. SBN 219364
Rebecca L. Lang, Esq. SBN 249234
Douglas A. Toleno, Esq. SBN 250472
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 243-3960
Fax (619) 785-3253

Attorney for: Plaintiff,
Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee, its assignees and/or successors

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN DIEGO**

**~~SAN DIEGO CENTRAL COURTHOUSE JUDICIAL DISTRICT~~**

| | |
|---|---|
| Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee, its assignees and/or successors,<br><br>Plaintiff,<br><br>vs.<br><br>Dolores L. Wallen,<br>Lisandra Blodgett,<br>William Settle,<br>James Burgin,<br>Sarah Stanzyck,<br>and DOES 1-10, inclusive,<br><br>Defendant(s). | Case No. 37-2015-00011323-CL-UD-CTL<br><br>**COMPLAINT FOR UNLAWFUL DETAINER FOLLOWING FORECLOSURE SALE ACTION BASED ON CODE OF CIVIL PROCEDURE SECTION 1161a AND 1161b**<br><br>Limited Civil Case<br><br>Amount demanded does not exceed $10,000 |

COPY

By Fax

Plaintiff alleges as follows:

1. Plaintiff, Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee, is entitled to possession and is the owner of record of a parcel of real property located at 1738

Tremaine Way, San Diego, CA 92154 ("Subject Property"). The Subject Property is located within the above-referenced Judicial District and County.

2. Plaintiff, Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee, is an entity lawfully conducting business in California.

3. Defendant(s), Dolores L. Wallen, Lisandra Blodgett, William Settle, James Burgin, Sarah Stanzyck, at all times herein mentioned resided in the State of California, County of SAN DIEGO.

4. Defendant(s), and each of them, are currently in possession of and occupying the Subject Property.

5. Defendant(s) is the former trustor or a holdover occupant of the former trustor.

6. The true names and capacities, whether individual, corporate, associate or otherwise, of the Defendant(s) named herein as Does 1-10, inclusive, and each of them, are unknown to Plaintiff, who therefore sues said Defendant(s) by their fictitious names under Code of Civil Procedure section 474. Plaintiff asks leave of the Court to amend its Complaint to include the true names and capacities of said Defendant(s) when the same have been ascertained.

7. Plaintiff is the owner of and entitled to immediate possession of the Subject Property, which property is located within the jurisdictional boundaries of this court.

8. Plaintiff owns the Subject Property by virtue of a foreclosure sale duly held pursuant to the power under the Deed of Trust executed by Defendant(s) or their predecessors.

9. Defendant(s) or their predecessors defaulted under the terms of the Deed of Trust which secured the Property, the subject of this litigation. Thereafter, a Notice of Default and Breach of Conditions of the Deed of Trust and Election to Sell the Property, to satisfy the obligation thereby secured, was recorded in the Official Records in the Office of the County Recorder of SAN DIEGO, California.

10. After failure of Defendant(s) or their predecessors to cure said default, a Trustee's Sale of the Property was duly noticed, as required under California Civil Code section 2924 et seq., to satisfy the obligation secured by the Deed of Trust.

11. At the time and place noticed for Trustee's Sale, the Subject Property was sold to Plaintiff in compliance with California Civil Code Section 2924 *et.seq*. The Trustee's Deed Upon Sale was thereafter recorded in the SAN DIEGO County Recorder's Office, thereby duly perfecting Plaintiff's title to the Subject Property. A true and correct certified copy of the Trustee's Deed is attached hereto marked Exhibit "1" and made a part hereof.

12. On 01/02/2015, Defendant(s) was/were served with a written notice requiring Defendant(s) and "All Persons in Possession" of the Subject Property to quit and deliver up possession of the property. A true and correct copy of said Notice for Possession is attached hereto as Exhibit "2" and is incorporated by this reference. A true and correct copy of the Proof of Service of Notice for Possession is attached hereto as Exhibit "3" and is incorporated by this reference.

13. Defendant(s) have failed and refused to deliver up possession of the Subject Property after expiration of the Notice as required by California Code of Civil Procedure §1161b.

14. Defendant(s) continues in possession of the Subject Property without Plaintiff's permission or consent.

15. The reasonable value of the use and occupancy of the Subject Property is equal to an amount according to proof at trial, and damage to the Plaintiff caused by Defendant's unlawful detention thereof has accrued at said rate since 4/3/2015 and will continue to accrue until the date of entry of Judgment.

///

///

///

WHEREFORE, Plaintiff prays judgment against Defendant(s) and each of them for:

1. Restitution of the Subject Property;

2. Damages in an amount to be determined, according to proof, at trial, at a daily rate from 4/3/2015, until the date that judgment for Plaintiff is entered by the Court; and

3. Costs herein and further relief as is proper.

Dated: April 3, 2015

McCarthy Holthus, LLP

By:

☒ Matthew E. Podmenik, Esq.
☐ Rebecca L. Lang, Esq.
☐ Douglas A. Toleno, Esq.
Attorney For Plaintiff, Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee

**VERIFICATION**

STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

I have read the foregoing COMPLAINT FOR UNLAWFUL DETAINER and know its contents.

I am one of the attorneys for Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee, a party to this action. The officer responsible of such party is absent from the county aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I have read the foregoing document and I am informed and believe that the matters therein to be true, and on that ground, allege that the matters stated therein are true.

Executed on April 3, 2015 in San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ Matthew E. Podmenik, Esq. SBN 219364
☐ Rebecca L. Lang, Esq. SBN 249234
☐ Douglas A. Toleno, Esq. SBN 250472

COPY of Document Recorded
at San Diego County Recorder
2014-0572327 12/29/2014
has not been compared with original.
Original will be returned when process
has been completed.

Fee: 18.00 DTT 0.00 Total 18.00

Recording requested by:
Title365

And when recorded mail to:

Federal National Mortgage Association
14221 Dallas Parkway Suite 1000
Dallas, TX 75254

Forward tax statements to the address given above

TS No.: CA-14-628485-HL
Order No.: 730-1404094-70

Space above this line for recorders use

# Trustee's Deed Upon Sale

A.P.N.: 636-053-37-00

Exempt pursuant to Cal Rev and Tax Code §11926

THE UNDERSIGNED GRANTOR DECLARES:

| | |
|---|---|
| The Grantee Herein IS the Foreclosing Beneficiary/Investor | |
| The amount of the unpaid debt together with costs was: | $297,969.69 |
| The amount paid by the grantee at the trustee sale was: | $297,969.69 |
| The documentary transfer tax is: | NONE |
| Said property is in the City of: SAN DIEGO, County of SAN DIEGO | |

QUALITY LOAN SERVICE CORPORATION , as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of SAN DIEGO, State of California, described as follows:

Lot 255 of Candlelight Estates Unit No. 2, in the City of San Diego, County of San Diego, State of California, according to Map thereof No. 7051, filed in the Office of the County Recorder of San Diego County, September 14, 1971

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by Dolores L. Wallen, Trustee of the Dolores L. Wallen living trust dated 1/25/01, as trustor, dated 12/20/2007, and recorded on 12/27/2007 as instrument number 2007-0795569 of Official Records in the office of the Recorder of SAN

**Exhibit 1**

DIEGO, California, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of Trust recorded on 8/1/2014, instrument no 2014-0328554, Book , Page , of Official records, Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten/thirty days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Breach and Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to Sell and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on 12/15/2014 at the place named in the Notice of Sale, in the County of SAN DIEGO, California, in which the property is situated. The foreclosing beneficiary, being the highest at such sale, became the purchaser of said property and paid therefore to said trustee the amount being $297,969.69 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust and instructed said trustee to vest this Trustee's Deed Upon Sale to said Grantee.

QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

TS No.: CA-14-628485-HL

Date: 12/24/14

QUALITY LOAN SERVICE CORPORATION

By: Nicole Fuentes, Asst. Vice President

State of: California)
County of: San Diego)

On DEC 2 4 2014 before me, ______________________ a notary public, personally appeared Nicole Fuentes who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ______________________ (Seal)

OFFICIAL SEAL
ASHLEY MAXWELL
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 2065217
SAN DIEGO COUNTY
MY COMM. EXP. MAY 18, 2018

# NOTICE FOR POSSESSION

File No. CA-14-109077

TO: Dolores L. Wallen

and "ALL PERSONS IN POSSESSION" of the premises located at:

1738 Tremaine Way, San Diego, CA 92154

NOTICE IS HEREBY GIVEN that:

1.) **Within three (3) days after service on you of this Notice, in the event you are the Trustor of the Deed of Trust described below or prior owner of the subject property, or you reside in the Property with the Trustor of the Deed of Trust or prior owner, or:**

2.) **Within ninety (90) days after service on you of this Notice, in the event you are an occupant of the above described premises and not one of the Trustors of the Deed of Trust described below:**

You are required to quit and deliver up possession of the premises to the undersigned or to Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee, or its servicing agent, who is/are authorized to receive the same, or the undersigned will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law.

You are required to quit and deliver up possession of said premises for the reason that they have been duly sold to the undersigned in accordance with Section 2924 et seq. of the Civil Code of the State of California, under the power of sale contained in a Deed of Trust executed by you or by your predecessors in interest and recorded in the Official Records of SAN DIEGO County, California, and the title under the sale has been duly perfected.

This notice is given pursuant to the provisions of Sections 1161a(b)(3) and 1161b of the Code of Civil Procedure of the State of California and Public Law 111-22, Title VII "Protecting Tenants at Foreclosure Act of 2009."

**Please notify this office immediately if you are active military duty or have been discharged from active military duty within the last 12 months.**

Dated: December 31, 2014

McCarthy & Holthus, LLP
Attorneys for Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities, Series 2011-1 by U.S. Bank National Association, as Co-Trustee

1770 Fourth Avenue
San Diego, CA 92101
(619) 685-4800 x3729

**Exhibit 2**

A foreclosure sale has been completed for this property and an eviction is beginning - Your rights to continue living in this property may be affected. Please call (with an interpreter) our office at (619) 685-4800 ext 3729 to discuss options which may be available to you. You may also wish to contact a lawyer or your local legal aid or housing counseling agency to discuss any rights you may have. Time is of the essence.

Se ha realizado una venta por juicio hipotecario de esta propiedad y ha comenzado el proceso de desalojo. Es posible que sus derechos de continuar viviendo en esta propiedad se vean afectados. Comuníquese (con un intérprete) con nuestra oficina al (619) 685-4800, int. 3729, para analizar opciones disponibles para usted. También podrá comunicarse con un abogado o con la oficina local de asesoramiento legal o agencia de asesoramiento inmobiliario para analizar los derechos que pueda tener. El tiempo es crucial.

Thủ tục mua bán nhà bị tịch thu đã được hoàn tất đối với tài sản này và việc thu hồi nhà đang bắt đầu – Quyền hạn tiếp tục sống trong nhà này của quý vị có thể bị ảnh hưởng. Xin gọi (với một thông dịch viên) cho văn phòng của chúng tôi ở số (619) 685-4800, số máy nhánh 3729 để thảo luận các lựa chọn có thể có đối với quý vị. Quý vị cũng có thể cần liên lạc với một luật sư hoặc một cơ quan trợ giúp về pháp luật hoặc tư vấn gia cư tại địa phương để thảo luận mọi quyền hạn của quý vị. Thời gian là điều quan trọng nhất.

이 건물에 대한 압류 처분이 완료되었으며 철거가 시작되고 있습니다. 귀하가 이 건물에 계속 거주할 수 있는 권리가 영향을 받을 수 있습니다. (619) 685-4800(내선 3729, 통역사 통화 가능)으로 전화하여 귀하가 선택할 수 있는 사항을 문의하십시오. 또한 변호사, 지역의 법률 지원 기관 또는 주택 상담 기관에 연락하여 귀하의 권리에 대해 문의할 수 있습니다. 서두르셔야 합니다.

Naisagawa na ang pagbebenta dahil sa pagpapasara sa property na ito at magsisimula na ang paglilipat – Ang iyong mga karapatang patuloy na tumira sa property na ito ay maaaring maapektuhan. Mangyaring tumawag (nang may interpreter) sa aming tanggapan sa (619) 685-4800 ext 3729 upang talakayin ang mga pagpipilian na maaari mong magamit. Maaari ka ring makipag-ugnay sa isang abugado o iyong lokal na legal aid o ahensya sa pagpapayo sa paninirahan upang talakayin ang anumang karapatang maaaring nauukol sa iyo. Ang oras ay mahalaga.

法院針對此房產的公開拍賣（Foreclosure Sale）已經完成，并且收回房產（Eviction）行動已經開始－您繼續居住在此房產的權利將受到影響。請（在譯員幫助下）致電我們的辦公室，電話 (619) 685-4800 分機 3729，以討論可供您選擇的各項方案。您還可能需要聯係一位律師、當地法律援助機構或住房咨詢機構以便討論您可能擁有的各項權利。時間緊迫，請勿拖延。

**NOTICE TO TENANTS**

Notice to Any Renters Living At 1738 Tremaine Way, San Diego, CA 92154

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

**Please notify this office immediately if you are active military duty or have been discharged from active military duty within the last 12 months.**

**IF YOU ARE IN THE ARMED FORCES, PLEASE READ THIS IMPORTANT MESSAGE ABOUT POSSIBLE RIGHTS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT**

**IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS:**

**PROTECTIONS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT**

Military servicemembers on "active duty" or "active service," or a dependent of such a servicemember may be entitled to certain legal protections, including eviction protection, pursuant to the Servicemembers Civil Relief Act (50 U.S.C. App. §§ 501-596), as amended, (the "SCRA") and, possibly, certain related state statutes.

**Who may be entitled to Legal Protections under the SCRA:**

- Active duty members of the Army, Navy, Air Force, Marine Corps, Coast Guard, and active service National Guard;
- Active service members of the commissioned corps of the National Oceanic and Atmospheric Administration;
- Active service members of the commissioned corps of the Public Health Service;
- United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action; and
- Their spouses.

**What legal protections are servicemembers entitled to under the SCRA?**

- The SCRA states that a debt incurred prior to entering military service by a servicemember or servicemember and spouse jointly shall not bear interest at a rate above 6 percent during the period of military service and for one year thereafter.
- The SCRA states that in a legal action to enforce a mortgage debt filed during or within 12 months after the servicemember's military service, a court may take certain actions to protect the consumer.
- The SCRA states that eviction of servicemembers generally must be under a court order, and a court may take certain actions to protect the consumer.
- The SCRA contains many other protections besides those applicable to home loans.

## WHAT YOU NEED TO DO

How do I request relief under the SCRA?

- Please contact us immediately at the following number to inform us of you or your spouse's military status. Call us at: (619) 685-4800 ext. 3729

- To assist in determining whether this loan is eligible for Servicemember benefits, please provide us with a copy of any military orders and/or DD-214 form(s) issued to you, any co-borrower, or occupant of the property and the Social Security numbers of any non-borrower occupants of the property.

- Some of the benefits provided by the SCRA require that the servicemember provide the lender with a copy of the servicemember's military orders. A servicemember or spouse, or both, may request relief under the SCRA by providing a written request with a copy of the servicemember's military orders:

McCarthy & Holthus, LLP
Evictions Department
1770 4th Ave.
San Diego, CA 92101

**How can I get more information about the SCRA?**

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at the following website:
http://legalassistance.law.af.mil/content/locator.php

- "Military OneSource" is the U.S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA, please go to http://www.militaryonesource.com/scra or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

- If you are such a servicemember, or a dependent of such a servicemember, you should contact McCarthy & Holthus, LLP at (619) 685-4800 ext. 3729 to discuss your status under the SCRA.

MCCARTHY HOLTHUS-UD-SD
1770 Fourth Avenue San Diego, CA 92101

15 APR 3 AM 10:16

PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below as indicated:

3/90 Notice For Possession; 5 Languages; Important Notice to Tenants; Blank Change in Ownership Occupant Questionnaire; Notice to Tenants; Service Members Civil Relief Act; Dated Letter to Occupant

The above described Notice (s) were served on the following named parties in the manner set forth below:

NAME OF OCCUPANT: Dolores L. Wallen, and All Persons in Possession

DATE OF Posting: January 02, 2015
TIME OF Posting: 12:45 PM

DATE OF MAILING: January 02, 2015

PROPERTY ADDRESS: 1738 Tremaine Way,
San Diego, CA 92154
(HOME)

☐ 1. PERSONAL SERVICE — By delivering a copy of the Notice(s) on the above named occupant(s)

☑ 2. CONSTRUCTIVE SERVICE — After due and diligent effort, by service of said Notice(s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below.

I knocked on the door of the property located at the above listed address on January 02, 2015 and no one responded to my attempt to personally serve the attached document.

By posting a copy for each of the above named parties on January 02, 2015 at 12:45 PM in a conspicuous place on the property; and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property or where their mail is delivered on January 02, 2015.

Fee for Service:$ 95.00
County: San Diego
Registration No.: 1446
Nationwide Legal, LLC
200 West Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2300
Ref: CA-14-109077

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.
Dated: January 05, 2015.

Signature: ______________
Michael Pfahler

UD26968

UD26968.NTQ.CA-14-109077
PROOF OF SERVICE

**Exhibit 3**